**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

MOUNT AIRY # 1, LLC : No. 83 EM 2017
:
v. :
:
PENNSYLVANIA DEPARTMENT OF :
REVENUE AND EILEEN MCNULTY, IN :
HER OFFICIAL CAPACITY AS ACTING :
SECRETARY OF THE PENNSYLVANIA :
DEPARTMENT OF REVENUE :
:
PETITION OF: CITY OF PHILADELPHIA :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2017, the Application to Intervene is DENIED, and the Application to Re-Open and Clarify is DISMISSED.